UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DENNIS NOLAN BRITT,**

**Plaintiff,**

v.  Case No: 5:21-cv-128-GKS-JSS

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant. (Doc. 43). Defendant's Motion specifies that

> [t]he Commissioner requests that the Court remand this case to the agency for further consideration and administrative action, including further consideration of medical opinion evidence and other evidence, and issuing a new decision.

(Doc. 43:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On October 28, 2021, the United States Magistrate Judge issued a Report and Recommendation, (Doc. 44), recommending that Defendant's Motion be granted,

and the Commissioner's decision be reversed and remanded.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Julie S. Sneed's Report and Recommendation, (Doc. 44), is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand, (Doc. 43), is **GRANTED**.

3. The Commissioner's decision denying Plaintiff's application for social security disability insurance benefits is **REVERSED**.

4. The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings for the reasons stated in the Commissioner's Unopposed Motion for Entry of Judgment with Remand. (Doc. 43).

5. The Clerk of Court is **DIRECTED** to enter Judgment

in favor of Plaintiff, Dennis Nolan Britt, and against Defendant Commissioner, terminate all other pending motions, and close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___9___ day of November, 2021.

_____
**G. KENDALL SHARP**
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record
Unrepresented Parties