UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DENNIS NOLAN BRITT,

Plaintiff,

v.     Case No: 5:21-cv-128-GKS-JSS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

# ORDER

THIS CAUSE comes before the Court upon Plaintiff, Dennis Nolan Britt's, Unopposed Motion for Attorney's Fees, (Doc. 47) (Motion). Defendant, Commissioner of Social Security, has not opposed the Motion. The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

Having reviewed and considered the Report and Recommendation (Doc. 48) entered on January 27, 2022, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Julie S. Sneed's Report and Recommendation, (Doc. 48), is **APPROVED** and **ADOPTED,** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff is eligible to receive an Equal Access to Justice Act (EAJA) award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Unopposed Motion for Attorney's Fees, (Doc. 47), is **GRANTED**, under the EAJA, 28 U.S.C. § 2412(d), in the amount of $3,880.51.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Plaintiff, Dennis Nolan Britt, and against Defendant, Commissioner of Social Security.

4. The fees awarded are payable directly to Plaintiff's counsel if Plaintiff does not owe a debt to the federal government.

**DONE AND ORDERED** at Orlando, Florida, this ___7___ day of February, 2022.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties